IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:                                                                                                       CASE NO. 14-32514-DHW
                                                                                                                              CHAPTER 13

LINDA PRESSON

**Debtor(s)**

## TRUSTEE'S STATUS REPORT IN SUPPORT
## OF TRUSTEE'S MOTION TO DISMISS

COMES NOW the Trustee, by and through the undersigned counsel, and files the following report with respect to the status of this case in support of the Trustee's Motion to Dismiss:

1. This case was filed on September 19, 2014 and confirmed on December 08, 2014.
2. Debtor's current plan payments are $185.00 bi-weekly, and the overall pay record is 55.89% .
3. No prior motions to dismiss have been filed in this case.
4. One motions for relief have been filed in this case.
5. This is the only Motion to Dismiss filed in the past 12 months.
6. The last payments received by the Trustee from the debtor were received on:

| Amount | Date | Ref | Amount | Date | Ref | Amount | Date | Ref |
|---|---|---|---|---|---|---|---|---|
| $176.00 | 02/23/2016 | 7691 | $175.00 | 04/05/2016 | 5095 | $185.00 | 05/24/2016 | 2636 |
| $185.00 | 05/24/2016 | 2658 | $185.00 | 05/24/2016 | 2647 | $185.00 | 06/01/2016 | 0003 |

7. The case is feasible.

Respectfully submitted on June 03, 2016.

Office of the Chapter 13 Trustee                                    */s/ Curtis C. Reding*
P.O. Box 173
Montgomery, AL 36101-0173                                         Curtis C. Reding
Phone: (334)262-8371                                                          Chapter 13 Trustee
Fax: (334)262-8599
email: Ch13Trustee@ch13mdal.com

## CERTIFICATE OF SERVICE

I, Curtis C. Reding, certify that a copy of the foregoing document, has been served on the debtor (s) via United States Mail, postage prepaid, and the Debtor's attorney via CM/ECF on June 03, 2016.

                                                                                                 */s/ Curtis C. Reding*

                                                                                                 Curtis C. Reding
                                                                                                 Chapter 13 Trustee